JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM EMERY, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>MERCEDES BENZ USA, LLC, et al.<br><br>    Defendants. | Case No.  2:18-cv-09370 AB-AFM<br><br>District Judge:  André Birotte Jr.<br><br>**ORDER RE STIPULATED DISMISSAL OF MERCEDES-BENZ USA, LLC**<br><br>TRIAL DATE:    5/5/20 |

The Court has reviewed the Parties' Stipulated Dismissal of Mercedes-Benz USA, LLC ( "Stipulation"), and **IT IS HEREBY ORDERED** that, pursuant to that Stipulation by and between the parties to this action and through their counsel of record, Mercedes-Benz USA, LLC be and hereby is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own costs.

**IT IS SO ORDERED.**

Dated:  November 25, 2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

ORDER RE STIPULATED DISMISSAL OF MERCEDES-BENZ USA, LLC AND ORDER THEREON